In the United States District Court
For the Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 24 2022

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

Brian David Hill,                )
Petitioner,                      )
                                 )
                                 )   Civil Action No. 7:22-cv-00336
v.                               )
                                 )
                                 )
Commonwealth of Virginia,        )
Glen Andrew Hall, Esq.           )
Respondent.                      )
                                 )

**REQUEST OF BRIAN DAVID HILL TO HAVE E-FILING CM/ECF PRIVILEGES WITH THE WESTERN DISTRICT OF VIRGINIA IN THIS CASE; POWER OF ATTORNEY AUTHORIZATION TO ROBERTA HILL AND REDACTED COPY OF SOCIAL SECURITY LETTER PROVING BRIAN HILL IS INDIGENT AND THUS REQUIRES THAT BRIAN DAVID HILL NEEDS E-FILING ACCESS AS IT IS CHEAPER THAN FILING BY PAPER AND WITH INFLATION AND POSTAGE COSTS.**

Petitioner is Brian David Hill ("Petitioner") and is the Petitioner of the 2254 case. Files this request for E-filing in this case with the Western District of Virginia via CM/ECF.

Brian David Hill and his electronic filing representative Roberta Hill both agrees to follow the rules, regulations, policies, laws, and orders of the Court concerning his request to file by E-Filing with CM/ECF system of the U.S. District Court for purposes of filing documents and reviewing documents received and served by other parties in this case concerning Brian David Hill.

1

An attached power of attorney authorization is included with this pleading. Attached and redacted social security letter proving that Brian David Hill has a limited income as already brought up in the application to proceed in forma pauperis.

Brian D. Hill asks the Western District of Virginia give Brian David Hill authorization by and through Roberta Hill to file pleadings and review and obtain pdf pleadings in this case for Brian David Hill's review. For PACER account: hillbrian_01.

Here are the reasons why he needs a CM/ECF E-Filing account and why Roberta Hill is acting on his behalf as power of attorney since Brian David Hill is indigent and has no attorney as it is discretionary and not a right in 2254 cases. He either needs an attorney to give him the electronic filings at no expense to Brian David Hill or he needs Roberta Hill who is allowed to use the internet to give him the electronic filings at no expense to Brian David Hill. He needs pdf copies of all court documents in his case as his case proceeds. Especially upon any appeal entered by him or the other parties in this case. Future appeals also require that Brian David Hill have access to his case files in pdf documents, either way. Brian David Hill may not be able to continue affording to file documents by paper filing due to supply shortages. Any gas shortages may block him from mailing paper filings with the Clerk. He may be in some cases blocked from being able to mail

the Court due to shortages, and in that case E-Filing will be necessary due to rising

inflation costs of postage and supply shortages. He may not be able to file much

longer if certain supplies such as paper, envelopes, tape, paperclips go missing in

stores. To protect his due process rights under the U.S. Constitution, he needs E-

Filing access and it needs to be approved. Read the power of attorney

authorization.

PACER account requiring authorization from the Court is account:

hillbrian_01.

1.  It will be more difficult for Brian David Hill to afford to continue filing all

    pleadings by paper. His only source of income is his SSI disability money.

    His monthly rent is $500 a month. The costs of paper, postage, printer ink,

    tape, envelopes, paperclips and dividing bookmarks for separating pleading

    papers, and other expenses involving this case are skyrocketing due to

    inflation. In some cases with the supply chain shortages due to the covid-19

    restrictions and lockdowns in the past and due to politics, it sometimes may

    be impossible to get certain supplies necessary to file pleadings on paper

    with the Clerk's office. Every mailing is getting more expensive. For filing

    evidence, the costs can go anywhere between $5 to Priority Mail costs. With

    documents with even 50-70 pages can cost a lot now with the inflation and

    rising postage costs? Brian Hill cannot afford to continue filing on paper in

the future and is getting to the point where he may need E-Filing access or he may not be able to continue fighting in the courts. He is either going to have to be appointed an attorney to file electronically or Brian David Hill will need to be approved for filing access.

2. Brian Hill's grandparents Kenneth Forinash and Stella Forinash have been complaining lately, as is their right, that they are paying hundreds upon hundreds of dollars to PACER.GOV to pay for all pleadings of Brian David Hill's case, and they get those documents for Brian David Hill for his legal fights as he needs those documents on PACER so his family gets those documents for him at their own expense. However, they shouldn't have to pay PACER for Brian David Hill to get electronic copies of his own legal case files as he is entitled to his legal case files of his own case which he is a party to. Brian David Hill is either a plaintiff or criminal defendant or simply a petitioner. He is a party to the case and shouldn't have to ask his grandparents to pay on PACER.GOV for every document Brian David Hill is entitled to access to those documents. Brian's grandparents are having to pay for hundreds of dollars for electronic pdf copies of Brian Hill's own pleadings he filed with the Court, those are documents he needs. He needs those pdf documents for keep track of his case record and for purposes of any appeal or citation of the record in future pleadings. This makes no sense

4

that his family is having to pay on PACER for Brian's own case files that he should have copies of in pdf format. Those are his pleadings, he has a right to copies of his court case filings in pdf format, he has a right to copies of his case records, and he has having to ask his grandparents to go on PACER.gov and pay hundreds upon hundreds of dollars to get Brian Hill's pleadings he is entitled to for free if possible. He is in forma pauperis.

3. Brian David Hill is already filing pleadings with the Virginia Courts by and through Roberta R. Hill who as filing representative and power of attorney files pleadings and legal documents with the Circuit Court for the City of Martinsville and with the Virginia Court of Appeals and Supreme Court of Virginia by usage of Virginia Appellate Courts Electronic System (VACES). The Circuit Court and the appeal courts had accepted Roberta Hill filing electronic filings on Brian Hill's behalf and even the Office of the Attorney General by and through assistant Attorney General Justin Hill had accepted this practice after being given a legal authorization letter from Brian David Hill similar to the attached power of attorney pleading. Not just files but also has been receiving court case files for purposes of appeal without issue, in the state courts.

4. Brian David Hill is allowed access to a computer offline, has permission from the U.S. Probation Office to use this offline desktop computer. He can

5

review over Portable Document Format (PDF) documents without using the internet. He can render pdf files for filing in this case without the internet. Roberta Hill has authorization to use the PACER account of Brian David Hill to file his pleadings while he retains his compliance with his supervised release conditions. He can draft pleadings offline with Microsoft Word and Adobe Acrobat XI Pro. His mother Roberta Hill can download any pdf documents from the State Court or Federal Court and give them to Brian David Hill as his power of attorney and filing representative.

5. Brian Hill is willing to ask U.S. Probation Officer Jason McMurray of the U.S. Probation Office in Roanoke to give this Court a letter where he allows Roberta Hill to file electronically for Brian David Hill and on behalf of Brian David Hill in his case. Even though it is not illegal for Roberta Hill to file documents with the Court on Brian's behalf. The State Courts have raised no issue on Roberta Hill emailing documents to the State Court and filing documents with the State Court through VACES. The State Courts allow electronic filing of Brian David Hill's documents. However, the Federal Court may think differently about this arrangement, so Brian is willing to have his Probation Officer send a letter to this Court approving of this arrangement, as it is not illegal as to this arrangement.

6

6. You can ask Roberta Hill to sign a statement agreeing to follow all rules, procedures, laws, policies, and court orders concerning being the filing representative of Brian David Hill with power of attorney. Brian David Hill agrees to follow the format requirements, font requirements, page size requirements, and other requirements of the PDF files when Roberta Hill files his documents via CC/ECF. Brian agrees to follow any specific formatting rules. He has followed with those compliance rules and formatting rules with the VACES in the State Courts by and through Roberta Hill. He can comply with this Court's rules as well.

7. Brian David Hill needs PDF file copies of all his pleadings in the court records in his own case. That includes pdf copies of Document #1, #1-1, #1-2 the initial pleading. Brian needs those records in case of any appeal from either Brian David Hill or any appeal by the Respondent(s). Brian needs copies with the document numbers and page numbers of each document of the record. Brian needs pdf copies of those records in cases of appeal. The clerk would be spending a lot of money mailing paper copies of every filed pleading to Brian David Hill. It would be far cheaper and efficient for the Clerk to send Notices of Electronic filing for Roberta Hill to obtain his documents to give directly to Brian David Hill. The state court record in the 2254 case is over 2,000 pages in the State Court's electronic pdf file record.

It would be costly for the Clerk to mail over 2,000 pages to Brian David Hill to give him a copy of the state court record filed in this federal 2254 case.

The reason why Brian David Hill must use such a representative to serve such pleading with the Clerk on his behalf is because Brian is currently still under the conditions of Supervised Release for the U.S. District Court barring internet usage without permission. Brian's Probation Officer is aware of Roberta Hill using her email for conducting court business concerning Brian Hill and/or court business with the Probation Office in regards to Brian David Hill. Therefore Roberta Hill is filing the pleading on Brian's behalf for official court business. Brian has authorized her to file any pleading. All exhibits or any exhibits with anything printed from any internet based service was printed and researched by Roberta Hill.

Roberta R. Hill as the filing representative agrees to follow the rules, procedures, laws, and orders of the Court, to the best of her abilities.

Brian David Hill as the party to a case agrees to follow the rules, procedures, laws, and orders of the Court, to the best of his abilities.

Respectfully filed with the Court. This the 23rd day of June, 2022.

Respectfully submitted,

Brian D. Hill
Signed
Brian D. Hill

8

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with Q – Drain the Swamp
I ask Q for Assistance (S.O.S.)
Make America Great Again
JusticeForUSWGO.wordpress.com
USWGO.COM
JUSTICEFORUSWGO.NL

Petitioner also requests with the Court that a copy of this pleading be served upon the Respondent(s) as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the Respondent(s) via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

Attorney General Office for the Respondent: Commonwealth of Virginia can be emailed to Secretary Chris Coen at ccoen@oag.state.va.us.

Commonwealth Attorney Office for the Respondent: Commonwealth of Virginia can be emailed to Glen Andrew Hall, Esq. at ahall@ci.martinsville.va.us.

9

PRESS FIRMLY TO SEAL

 

PRESS F...



US POSTAGE PAID
PM 1-DAY
MARTINSVILLE, VA
JUN 23 22
AMOUNT
**$8.95**
R2304N117249-13

1005
24011



**UNITED STATES POSTAL SERVICE** ® | **PRIORITY® MAIL**

**FROM:**

**U.S.W.G.O.** 

Brian D. Hill - Ally of QANON
310 Forest Street, Apartment 2
Martinsville, Virginia 24112

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*In ........cover certain items. For details regarding claims exclusions see the
Dc........

** ...y and limitations of coverage.

EXPECTED DELIVERY DAY: 06/24/22
USPS TRACKING® #



9505 5104 2593 2174 5106 22

**TO:**

Clerk of the Court
U.S. District Court
210 Franklin Road S.W.
Suite 540
Roanoke, VA 24011

**TRACKED ▪ INSURED**



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**U.S.W.G.O.** Q

Brian D. Hill - Ally of QANON
WWG1WGA - Q-Intel - Drain the Swamp MAGA
JusticeForUSWGO.wordpress.com - INVESTIGATE!

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.