```
SOCIAL SECURITY
320 W COMMONWEALTH BLV
MARTINSVILLE VA 24112
```

Social Security Administration
**Supplemental Security Income**
Notice of Change in Payment

Date: November 28, 2021
BNC#: ███████████



COLA
BRIAN DAVID HILL
310 FOREST ST
APT 2
MARTINSVILLE VA 24112-4210



We plan to increase your monthly Supplemental Security Income (SSI) payment from $794.00 to $841.00 beginning January 2022. The amount will change because the cost of living increased during the past year. You will continue to get the new amount each month unless there is a change in the information we use to figure your payment.

The rest of this letter explains more about your SSI payments. It also tells you how to find affordable health care.

We explain how we figured the monthly payment amount on the worksheet at the end of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. We include explanations only for months where payment amounts change.

**When You Will Receive Your Payments**

Your bank or other financial institution will receive your monthly payment of $841.00 around January 1, 2022, and on the first of each month after that.

See Next Page

SSA-L8151


11/28/2021

Page 7 of 7

## HOW WE FIGURED YOUR PAYMENT FOR January 2022 ON

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $841.00 |
| We didn't subtract (-) any income from SSI money | -   0.00 |
| **Total Monthly SSI Payment for January 2022 on** | $841.00 |



SSA-L8151