Power of attorney for PACER account: hillbrian_01; BrianDavidHill request for E-Filing; will be mailed to you priority mail

**Subject:** Power of attorney for PACER account: hillbrian_01; Brian David Hill, request for E-Filing; will be mailed to you priority mail
**From:** ROBERTA HILL <rbhill67@comcast.net>
**Date:** 6/23/2022, 3:22 PM
**To:** pacer@psc.uscourts.gov, "ecf@vawd.uscourts.gov" <ecf@vawd.uscourts.gov>
**CC:** "rbhill67@yahoo.com" <rbhill67@yahoo.com>
**BCC:** Ken & Stella Forinash <kenstella@comcast.net>, "kenstella2005@comcast.net" <kenstella2005@comcast.net>

Note to Clerk: This also will be mailed in paper to you. Along with why my son needs a E-FIling CM/ECF account. His grandparents cannot afford to spend hundreds and hundreds for getting my son's court documents to him. He is entitled to hose documents by due process of law. He is entitled to them and he does not need his grandparents to be using PACER for him to get his own documents. This will be mailed so please do not complain about this power of attorney. Also the costs for mailing, printing buying paper are skyrocketing. My son's only source of income is his SSI disability. He cannot afford to continue filing on paper and needs to be approved for e-Filing because he is poor. All of this will be mailed on paper to the Clerk. Thank You.

PACER,

I am Roberta Hill. Because of a supervised release condition of Brian David Hill, I am filing and reviewing documents on behalf of Brian David Hill as his power of attorney. He has executed the power of attorney with me for his account.

I am filing this form with you all to be on the record concerning this power of attorney. My son is wanting CM/ECF access because he requires and needs pdf copies of all case filings in his case with the page numbers and document numbers. He will mail a request and copy of the power of attorney authorization to the Western District of Virginia if they need this. His grandparents have had to use PACER.GOV account for years and spend hundreds upon hundreds of dollars to get court documents from my son's case to give to my son. This should not be necessary, the Court should be giving him the pdf files of his own case while he is a party to the case without charging him an arm and a leg. He is proceeding in forma pauperis. He is a party to the case but his grandparents are having to use PACER.GOV at their expense when my son is entitled to those documents as a litigant. If he appeals, he needs access to the record in his case. So I am signing up an account for him on his behalf because his grandparents cannot afford to spend a pile of money on PACER.GOV to give Brian Hill his own case files from his own case.

Power of attorney for account: hillbrian_01

Brian David Hill is my son and I have to act on his behalf and file documents on his behalf due to his supervised release conditions. The state courts allow me to file electronically in the circuit court and court of appeals and speak with the respondent(s) on my son's behalf when they are given an authorization letter similar to power of attorney.

I will be reviewing and electronically filing all case pleadings of the case(s) of Brian David Hill until this power of attorney authorization is revoked by Brian David Hill.

Case 7:22-cv-00268-JPJ-PMS Document 1-3 Filed 06/24/22 Page 2 of 3 Pageid#: 98

Power of attorney for PACER account/fbllbrian_01, Brian David Hill, request for Filing, will be mailed to you priority mail

Thanks,
Roberta Hill

—Attachments:—

Brian's power of attorney for cm_ecf(1).pdf                335 KB

**Subject:** NextGen CM/ECF Registration Status
**From:** do_not_reply@psc.uscourts.gov
**Date:** 6/23/2022, 4:16 PM
**To:** rbhill67@comcast.net

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

```
Account Number: 7153187
Court: VIRGINIA WESTERN DISTRICT COURT
Date/Time Submitted: 06/23/2022 14:16:46 CDT
Transaction ID: 14687
Request: Registration
Transaction Status: Rejected
Comment: Pro se parties to a civil action may be permitted to file electronically only
```
with the approval of the Court.

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to ecf@vawd.uscourts.gov.