IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BRIAN DAVID HILL,<br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH<br>OF VIRGINIA, et al.,<br>    Defendants. | Civil Action No. 7:22cv00336<br>**ORDER**<br><br>By: Hon. Pamela Meade Sargent<br>United States Magistrate Judge |

This case is before the court on the following pleadings filed by the pro se petitioner:

1. Motion to allow electronic filing privileges, (Docket Item No. 3); and
2. Additional Grounds for Petitioner's Petition for Relief from Conviction, etc., (Docket Item No. 4).

Based on the arguments and representations contained in the pleadings, it is **ORDERED** as follows:

1. Motion to allow electronic filing privileges, (Docket Item No. 3), is **DENIED** because the pro se petitioner seeks to allow a person holding his power of attorney to file pleadings on his behalf electronically. The petitioner is advised that a pro se party may not act through a person holding a power of attorney. Only a licensed attorney of record may act on behalf of a party; and
2. Insofar as the petitioner has attempted to plead piecemeal, he is advised that the information contained in the pleading filed at Docket Item No. 4 will not be considered as part of his petition unless he files a unified amended petition containing all claims for relief and all factual bases for those claims.

The Clerk's Office shall provide a copy of this Order to the pro se Petitioner.

**ENTERED:** June 27, 2022.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE