

(https://linwoodlaw.com)

Partner
lwood@linwoodlaw.com (mailto:lwood@linwoodlaw.com?Subject=Web Site Inquiry)

Download v-Card (https://linwoodlaw.com/wp-content/uploads/2015/05/L.-Lin-Wood-1.vcf)

**Support Staff**

Support Staff
Direct:678-365-4116
Fax:404-506-9111
form@linwoodlaw.com (mailto:form@linwoodlaw.com?Subject=Web Site Inquiry)

 (https://chambers.com/profile/individual/1220698?publicationTypeId=21)  **Not Set**

(https://chambers.com/profile/individual/1220698?publicationTypeId=5)

### L. Lin Wood

SELECTED IN 2020
THOMSON REUTERS

L. Lin Wood has more than 43 years of experience as a trial lawyer focusing on civil litigation, representing individuals and corporations as plaintiffs or defendants in tort and business cases involving claims of significant damage. Mr. Wood also has extensive experience in First Amendment/defamation litigation and management of the media in high profile cases.

## Representative Experience

Mr. Wood has been the lead attorney in many national, high profile cases, including serving as:

- lead civil attorney for the late Richard Jewell for 16 years in matters arising out of reporting about Mr. Jewell in connection with the 1996 bombing of Centennial Olympic Park in Atlanta, including defamation claims against NBC and Tom Brokaw, the Atlanta Journal & Constitution, CNN, New York Post, Time, and Piedmont College.

- lead civil attorney for the Nicholas Sandmann in matters arising out of false and defamatory reporting by the media in connection with the incident occurring January 2019 at the steps of the Lincoln Memorial outside the National Mall in Washington, D.C. This representation includes defamation claims against CNN, Washington Post, NBC, ABC, CBS, Rolling Stone, Gannett, the New York Times and Twitter.

- co-counsel for Dr. Carter Page in defamation claims against Huffington Post and Yahoo related to false accusations that Dr. Page was a traitor related to the Russian Collusion Hoax.

- co-counsel for Kyle Rittenhouse in the defense of false charges of murder arising out of the riots in Kenosha, Wisconsin.

- lead counsel for Dr. Simone Gold in defamation matters arising from her advocacy for the use of hydroxychloroquine in the treatment of Covid-19.

- lead counsel for Mark and Patricia McCloskey in defamation matters arising out of the false publicity concerning acts of self-defense at their house in St. Louis, Missouri.

- lead counsel for My Pillow founder and CEO Mike Lindell in defamation claims against CNN.

- lead counsel for Florida hospital administrator David Carbone in a now successfully resolved defamation action against CNN.

- lead civil attorney for Vernon Unsworth in defamation litigation arising from defamatory tweets made by Elon Musk against Mr. Unsworth, a highly respected caver whose involvement in the Thailand Cave Rescue has been described as instrumental in saving the lives of the young boys trapped in the Cave System

- lead attorney for John and the late Patsy Ramsey and their son for 22 years in matters relating to the 1996 murder of JonBenet Ramsey in Boulder, Colorado, and for Burke Ramsey in now successfully resolved defamation claims against CBS and Dr. Werner Spitz.

- lead attorney for Beth Holloway in matters relating to the media coverage of the May 2005 disappearance of her daughter, Natalee Holloway, in Aruba and in now successfully resolved civil actions against the National Enquirer and American Media.

- lead counsel for the late Herman Cain in defense of false accusations related to his 2012 candidacy for the Republican Nomination for President of the United States.

- co-counsel for Sean Hannity in defamation and related matters arising from false accusations.

- lead counsel for Bill Walters in defamation claims against Golf.com and First Amendments matters

- lead counsel for Marjorie Taylor Greene, Republican candidate for the House of Representatives for GA District 14 in defamation claims.

- co-counsel for Melissa Rolfe, the stepmother of Atlanta Police Officer David Rolfe, in defamation claims against Equity Prime Mortgage and the Clare Locke law firm.

- lead trial counsel for The Estate of Martin Luther King, Jr., Inc. and Dexter King in connection with claims related to corporate governance.

- lead civil attorney for Jeff Greene in libel litigation against The St. Petersburg Times and The Miami Herald related to Mr. Greene's 2010 campaign for the Democratic Nomination for the U.S. Senate from Florida.

- lead civil attorney at trial court level for Sheldon Adelson in New York libel litigation against the National Jewish Democratic Council and co-counsel in matters related to Nevada and Florida litigation.

- Lead civil attorney for Dr. Phil McGraw in connection with false and defamatory articles published by Newsweek, the Daily Beast and the National Enquirer.

- lead civil attorney in Whistleblower cases alleging Medicare fraud against DaVita, Inc. in federal court in Atlanta and against Halifax Hospital Medical Center in federal court in Florida

- lead civil attorney for Howard K. Stern in the prosecution and defense of defamation claims arising out of the death of Anna Nicole Smith.

- lead trial counsel for the Estate of Anna Nicole Smith in federal action for misappropriation and theft of estate property.

- Co-counsel for for Sharon Rocha in matters relating to the media coverage of the December 2002 murder of her daughter, Laci Peterson.

- attorney for former U.S. Congressman Gary Condit in defamation matters relating to the May 2001 abduction and murder of Chandra Levy in Washington against Vanity Fair writer Dominick Dunne and American Media.

- co-counsel for the victim in the Colorado civil action against Kobe Bryant for damages for alleged rape.

- lead counsel for AirTran Airlines, Inc. in defamation litigation against the Cleveland, Ohio newspaper, The Plain Dealer.

- lead counsel for Esquire Deposition Services LLC in multi-state class actions dealing with billing practices.

- lead trial attorney for Sun Trust Bank in litigation arising out of claims by trust beneficiaries related to an inheritance of Coca-Cola stock.

- lead trial attorney for Phoebe Putney Health Care System and Phoebe Putney Memorial Hospital in the defense of 42 U.S.C. 1983 claims by a former staff physician.

- lead trial attorney for NextGen Fuel, Inc. in the defense of claims alleging breach of contract and intellectual property infringement.

## Speaking Engagements

❯ "Enter Sandmann: The Lawsuit Against CNN," Levin TV, March

2019

❯ "Life, Liberty & Levin Show," March 2019

See All

## News

❯ Exclusive: Why Nicholas Sandman's Lawyer Joined Carter Page's Lawsuit Team

❯ Tennessee Star National Correspondent Neil W. McCabe Details His Recent Interview on Carter Page Acquiring Attorney Lin Wood to His Legal Team

See All

## Publications

❯ "A Conversation with Lin Wood", featured and quoted in Attorney at Law Magazine, September 2014

❯ "The Case of David v. Goliath: Richard Jewell v. NBC and the Basics of Defamacast in Georgia," Fordham Intellectual Property, Media and Entertainment Law Journal, 1997

P.O. Box 52584 Atlanta, GA 30355-0584 (404) 891-1402
© 2020 L. Lin Wood. P.C All Rights Reserved



# Mr. L. Lin Wood Jr.

L Lin Wood PC

663 Greenview Avenue NE

Atlanta, GA 30305, United States

| | |
|---|---|
| **Email** | lwood@linwoodlaw.com |
| **Phone** | (404) 983-3284 |
| **Fax** | (404) 506-9111 |

DOWNLOAD VCARD

| | |
|---|---|
| **Status** | Active Member in Good Standing |
| **Public Discipline** | None on Record |
| **Admit Date** | 06/10/1977 |
| **Law School** | Mercer University-W. George L.S. |
| **Member of the following sections:** | General Practice and Trial |

Click here for a list of status descriptions. (Member statuses that are displayed above in red notate those members who are not permitted to practice law in Georgia.)

VIEW FULL BIO

This site only includes information about an attorney's public disciplinary history from January 1991 through March 2022, with one exception - this site does show whether an attorney was disbarred at any time prior to March 2022. If an attorney has been suspended or disbarred and subsequently reinstated or readmitted, this site could show the membership status of the attorney as "in Good Standing." If you have any questions or would like information about an attorney's public disciplinary history, please contact the Office of the General Counsel at 404-527-8720.

Please check carefully to be sure that you have selected the correct attorney. Attorneys may have similar names.

All grievances, investigations of grievances and private discipline are confidential. As such, the State Bar of Georgia is not able to confirm or deny that a grievance has been filed against an attorney, that an attorney is being investigated for an alleged violation of the Georgia Rules of Professional Conduct, or that an attorney has received private discipline.

Every effort has been made to keep the information contained on this website accurate and current, but it is provided with no warranty of any kind. Neither the State Bar of Georgia, nor its Officers, Executive Committee or Board of Governors, nor any employee thereof may be held responsible for the accuracy of the data.

If you have any questions about the attorney's membership status, please contact the Membership Department at 404-527-8777.



Atlanta, GA
30303

404-527-8700
800-334-6865

Staff Directory

Bar Leadership

FAQs

Visit The Bar

Terms of Use

Privacy Policy

Opportunities

Business
Opportunities

Law-Related
Organizations

Advertise with Us

www.georgiaYLD.org

www.ganeedslawyers.org

www.georgiaLHL.org

www.georgiamocktrial.org

www.theYLDreview.org

www.gapracticeadvisor.org

www.gabarsolo.org

© Copyright 2021 State Bar of Georgia

Stanley Bolten <stanleybolten@protonmail.com>                    12/26/2021 3:04 PM

## Fw: Brian's text message to you, URGENT time running out for Petition for Review

To rbhill67@yahoo.com <rbhill67@yahoo.com> • rbhill67@comcast.net <rbhill67@comcast.net> • kenstella@comcast.net <kenstella@comcast.net>

---

Sent from ProtonMail mobile

-------- Original Message --------
On Dec 26, 2021, 10:41 AM, Lin Wood < lwood@fightback.law> wrote:

> Stanley,
>
> Please let Brian know that I do not receive faxes any longer. Also, I do not have any videos. I was only sent what was represented to be a password to the file which allegedly contained the videos.
>
> I am not taking on new legal matters at this time as I continue to be forced to defend my law license in frivolous disciplinary actions.
>
> God bless you.
>
> Lin
>
> **L. Lin Wood**
> **Chairman of the Board & CEO**
> **Address** Dallas, TX
> **Mobile** (404) 983-3284
> **Email** lwood@fightback.law
> **Website** www.fightback.law
>
>
>> On Dec 25, 2021, at 11:42 PM, Stanley Bolten <StanleyBolten@protonmail.com> wrote:
>>
>>
>> You said on Twitter earlier this year:
>> https://web.archive.org/web/20210104073840/https://twitter.com/LLinWood/status/1345997966650335232
>> *I decided to post this truth on Twitter & Parler as wall exists around* ***@realDonaldTrump*** *that may have prevented me from getting this evidence to him. Kappy tried to deliver info to President but was then murdered. I do not know who Kappy gave it to for delivery to the President.*
>> https://web.archive.org/web/20210104065050/https://twitter.com/LLinWood/status/1345985961080061952

*As background to tweets I am about to post, you should read this article carefully. I ask that you read each of my tweets carefully & decide if the information conveyed demands that **Patriots rise up so that every lie will be revealed.** @realDonaldTrump*

You wanted patriots to stand up against the Pedophile Rings which control various powerful positions of our Government. Were you lying to Brian D. Hill and everyone else??? Is there even blackmail tapes at all or was it all just a warped fantasy and delusion??? I need to know as this all seems fake and there is no blackmail videos at all??? I need to know before the next article is written about the update in regards to Brian's Judicial Complaint referencing your statements as evidence which needed to be investigated to find out how many Federal Judges are simply blackmailed and compromised instead of making rulings based on the morals of the facts and the law and what is right.

Brian is taking action because who is taking action???? He is pushing to uncover the identities of the blackmail tapes because that is Brian's only option. Brian keeps losing in the corrupt U.S. Supreme Court. He has nobody left to appeal to. He has nobody left. All Brian has left is to pursue proving blackmail, bribery, or behind the scenes pressure. Brian has hardly any options left. Brian was deprived of all Constitutional rights under the color of law. Effective counsel, deprived. Right to face his accusers, deprived. Right to defend himself to the charge, deprived. Right to not be forced to falsely plead guilty under the Fifth Amendment, deprived. Right to prove actual innocence to avoid facing cruel and unusual punishments inflicted, deprived. Right to discovery evidence materials prior to a jury trial or guilty plea, deprived. Right to have an independent computer forensic expert prove Brian's innocence, deprived. Right to have a mental examination to examine Brian's false confession caused by coercion and Brian's Autism Spectrum Disorder, deprived. Brian's uncontested motions proving factual innocence to child porn and proving fraud on the court, deprived. ALl of Brian's rights and privileges, deprived.

Was the blackmail tapes tweets all bravado from you on Twitter??????

Was Brian just following a pipe dream and will never be allowed to prove his innocence to his criminal charge. Was it all just a pipe dream???????

Was everything you ever claimed on Twitter just a lie and a pipe dream, a fantasy, a delusion????????? You have the tapes but don't even somehow prove the identities and the identities tied to the corrupt judicial and government decisions???
https://web.archive.org/web/20210104074021/https://twitter.com/LLinWood
Was all this just a lie and Brian was misled into thinking that you had some kind of evidence??????

## I'm sorry Lin Wood but the time for lies and delusions is over. Brian wants the truth, we fought so hard, Brian fought so hard, my blog fought so hard. We all fought so hard for justice. Was justice all a lie too??????

Can I really even trust in man anymore or is all men a bunch of snakes and liars and Brian is just living in some purgatory as punishment from God in some rundown world run by Satan and Lucifer and this world is just a bunch of lies and Bullshit run by mad men and mad women. Is this world all just a lie and illusion???

We have all of this great technology but it is only being used to enslave people and force people to follow Satan and not follow God anymore. The vaccines are taking away people's faith in God as there is a vaccine meant to destroy the "God" part of the brain to take away spiritual brain patterns and Bill Gates was probably part of this heinous act of defying God at the U.S. Pentagon DOD video talking about wiping away people's faith in God under the guise of stopping radical religion. Yet they are destroying the faith in God of millions upon millions of people worldwide by force or jail.

Is this all a ruse???? Was there never a plan to fix our Government and never a plan to save our country

from it's destruction???

God bless you,
Stanley Bolten
Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, December 25th, 2021 at 11:22 PM, Stanley Bolten <StanleyBolten@protonmail.com> wrote:

> Lin Wood,
>
> Brian had taken a screenshot of his text message to you, texted it to me and I am emailing you his text message to you in case you didn't get it. Brian only has a certain deadline to try to revive the dismissal of his judicial complaint. https://www.scribd.com/document/535383096/Complaint-of-Judicial-Misconduct-or-Disability-Uswgo-Brian-d-Hill-W-exhibits-statement-facts or https://justiceforuswgo.wordpress.com/2021/10/26/brian-d-hill-of-uswgo-alt-news-files-judicial-complaint-against-judges-for-discrimination-again-asserts-possibly-blackmail-complaint-against-judge-thomas-david-sschroeder-and-william-lindsey-osteen/
>
> Here is his message to you.
> <02f1d8a99914fd88776ed6a34064ac7f5716e4a4-1.jpg>
>
>
> They have no Constitutional right to deprive an innocent man of proving his factual innocence. The Supreme Court said so but they are ignoring those rights in the Middle District of North Carolina and in the Fourth Circuit.
>
> Regardless of whether those judges raped children, they are raping Brian's rights and raping Brian's reputation, raping Brian's liberty and freedom, and raping the facts from Brian's current Probation Officer. The govt is raping Brian symbolically. Brian is a virgin so he is no danger to anybody.
>
> God bless you and Merry Christmas Lin Wood,
> Stanley Bolten
>
> Sent with ProtonMail Secure Email.

ABOUT



*01 Monday Feb*
*2021*

## Lin Wood re: Isaac Kappy's discovery of pedo blackmail tapes

POSTED BY RADIOPATRIOT IN AMERICAN SPIRIT                    ≈ 4 COMMENTS

Lin Wood on TLEEGRAM:

"I ran across some unintentional misinformation on another channel today which I wanted to correct describing Isaac Kappy's key (or password) to the Jeffrey Epstein blackmail video files.

The key to the files is:

"cultstate.com has issued protections on this matter" [inside the quotations].

I posted the key (password) on Parler several weeks ago before I was removed from the site.

I received the information from a credible source who hired me as counsel and his/her identity is and shall remain confidential.

I do not know if my involvement helped reveal the blackmail tapes. I hope it did.

We must stop pedophilia and child sex trafficking. The risk I took was well worth the potential benefit to the world and to children.

I did not involve General Flynn. The key (password) was not used in any manner by me as it relates to Chief Justice John Roberts or Former VP Mike Pence. My posts related to potential wrongdoing by those officials are based on the evidence of a credible whistleblower not related to the video files.

Lin👍❤🇺🇸

aFor Mr. Lin Wood:
In 2019, Isaac Kappy somehow got all the EPSTEIN ISLAND BLACKMAIL VIDEO FILES for every powerful pedophile on earth who made acquaintance with Epstein. He distributed the encrypted video file, then made some erratic moves. He caught the aggro of too many spy networks and they had him killed before he could release the password for the video files.

However, Isaac Kappy did release the hash signature of the password for the blackmail video files. He posted the password hash as a sort of deadmans insurance here: http://archive.is/J0sK6

So essentially: there are people with copies of the Isaac Kappy sourced epstein blackmail video files, but nobody ever had the key to unlock the files... until now.

The password is: "cultstate.com has issued protections on this matter" [inside the quotations]

You can verify that the password matches the hash by going here and entering it on this site, getting the hash output, and comparing it to Kappy's archived deadman switch tweet I posted previously https://emn178.github.io/online-tools/sha512.html

Since posting the actual password is ULTIMATE POWER, it is best if you dangle the prospect of releasing a password in front of them instead of releasing it. This password is absolutely the strongest blackmail in the world and anybody with his password will need 24/7 security, especially if planning to proceed with this information. It might be a good idea to run this information by General Flynn because this is NUCLEAR LEVEL BLACKMAIL. Use with caution. With great power comes great responsibility.

PLEASE DONT MENTION ME AS THE SOURCE OF THIS INFORMATION; I cant afford 24/7 security.

The first goal is to get Roberts to resign or recuse, and Pence to make the right choice on Jan 6. If you can make some kind of veiled threats to these people while dangling the password to the epstein blackmail videos (without ever releasing the password), then you can make the ENTIRE deep state do your bidding. Be careful though, because this type of thing will invite state actors to attack: i.e. cia, mi6, ccp, etc

As soon as you release the password, you lose all leverage, so dont actually release the password unless absolutely necessary.

Good luck. God bless. Sending prayers for you and your team.

In case you missed this interview when it was originally posted. Re: Chief Justice John Roberts.

SHARE THIS:

☐ Facebook    ☐ Twitter    ☐ Email    ☐ Print    ☐ More

Loading...

LIKE THIS:

← Previous post                                              Next post →

**THOUGHTS ON "LIN WOOD RE: ISAAC KAPPY'S DISCOVERY OF PEDO BLACKMAIL TAPES"**

*4*

 **Carol_E** *said:*                        February 1, 2021, at 1:08 pm



Loading...

**REPLY**

Pingback: The Left is determined to destroy this man. | The Radio Patriot

 rosa hernandez *said:*                          December 6, 2021, at 7:34 pm

any government lies i can tolerate but the pic on the child abuse just hurt my soul i pray for all the ones who are bringing the truth and justice aboard thank you mr LIN there no words to express how grateful i am for all u guys do for humanity powerful prayers and blessing to you and all

Loading...

**REPLY**

Pingback: @LLinWood L. Lin Wood's Tweets makes it clear, it is HIGHLY LIKELY our Federal/State Judges and Politicians are being Blackmailed, Threatened; possibly with Child Rape and Murder!!!!!! – Justice for Brian D. Hill of USWGO Alternative News

**LEAVE A REPLY**

☐ **EMAIL SUBSCRIPTION**

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Join 5,509 other subscribers

Email Address

Sign me up!

☐ **META**

■ Log in

■ Entries feed

■ Comments feed

■ WordPress.org

Search...   Go

☐ **IN THE TWITTERWORLD**

Follow @RadioPatriot

☐ **BODY OF WORK**

Select Month

**FEBRUARY 2021**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 |  |  |  |  |  |  |

« Jan   Mar »

03993792

☐ **ANDREA KING**

Andrea King

☐ **RECENT POSTS**

- Midnight snacks

- NIGHTCAP

- •• Special Military Operation

- Useless and dangerous

- Ukraine and Pentagon's two biowarfare labs

- BioClandestine Thread

- Of course Obama: Ukraine based Biolab with especially dangerous pathogens.

- Bryce Mitchell with Tucker Carlson

- No Name – Traitor

- X22 Report – The World Is Watching, [DS] Powerless, Patriots Shifting Narrative, No Deals

- Project Veritas – Unmasking the New York Times

- Conspiracy theory?

- How Much More???

- Turn the damned thing off.

- I pray for patience...



TOP CLICKS

stalkerzone.org/what-are-...
web.archive.org/web/20110...
i0.wp.com/www.stalkerzone...
en.wikipedia.org/wiki/Ars...
amgreatness.com/2022/03/0...

FOLLOW ME AT FACEBOOK

Follow me at Facebook

CATEGORIES

Select Category

SITEMETER

**Stanley Bolten <stanleybolten@protonmail.com>**                    12/27/2021 9:20 AM

## Fw: Brian's text message to you, URGENT time running out for Petition for Review

To rbhill67@comcast.net <rbhill67@comcast.net> • rbhill67@yahoo.com <rbhill67@yahoo.com> • kenstella@comcast.net <kenstella@comcast.net>

---

Sent from ProtonMail mobile

-------- Original Message --------
On Dec 26, 2021, 11:25 PM, Lin Wood < lwood@linwoodlaw.com> wrote:

> Stanley,
>
> I have heard (not confirmed) that the CIA has a program called Sunset which surveilled emails and texts (all electronic communications) of members of the judiciary. If true, that could explain some of the leverage over or blackmail of so many members of the judiciary.
>
> Time will tell.
>
> Keep Fighting.
>
> Lin
>
> L. Lin Wood
> L. Lin Wood, P.C.
> P.O. Box 52584
> Atlanta, GA 30355-0584
> Telephone: (404) 891-1402
> Direct Dial: (404) 891-1406
> E-Mail: lwood@linwoodlaw.com
>
>> On Dec 26, 2021, at 8:07 PM, Stanley Bolten <StanleyBolten@protonmail.com> wrote:
>>
>> Lin Wood,
>>
>> Thanks for your clarification on your tweets and the actual blackmail videos being somewhere else and you and others just having the encryption key.
>>
>> The reason I and Brian have focused on your tweets was because Brian had suspected for a few years that the Chief Judge and the former Chief Judge almost entirely involved in Brian's criminal case and the Appellate judges, Brian suspected that they were bribed, threatened, blackmailed, or told to do the things they are doing. I will give you some names in this email, so if they are ever in any of the blackmail videos by whoever stores them, whoever has the original videos for the encrypted videos, and if you ever find out about it then telling me and Brian would be of great benefit to clearing Brian's name and getting him out of the New World Order sanctioned pit Brian's been stuck in for almost ten years.

It isn't one or two bad legal decisions, it has been over 10-20 adverse decisions by Federal Judges against Brian. This all started after Brian started fighting the New World Order when he started USWGO Alternative News in 2009. The last was when he started going after NC State Senator and President Pro Tempore, Philip Edward Berger Senior. he always gets reelected and always has the highest position of the North Carolina Senate. Was also campaign funded by Pfizer, one of the eugenics pharmaceutical companies trying to permanently change DNA of humans. When Brian went after Phil Berger, it was within months that he was set up with child porn and his mother threatened with arrest if Brian didn't "fess up". Then later it comes out the evidence was questionable to fraudulent.

There are names of which Brian is suspecting could have been blackmailed and here is why.

Philip Edward Berger Senior or Phil Berger Junior - The Berger family is pretty powerful and involved in politics in North Carolina. They are very difficult to remove from office. Bobby Coffer warned Brian Hill in 2012, that the Bergers have access to the State Board of Elections. So the Berger family has a lot of power and access to the State Elections people.

William Lindsey Osteen Junior, former Chief Judge, Middle District of North Carolina. The original sentencing judge and trial judge for Brian Hill's case. Pretty much denied all of Brian's pro se motions, kept defending Eric David Placke to the bitter end. Allowed a fraudulent case against Brian Hill because Brian fought the New World Order. Brian suspects they blackmailed the right judges and made sure Brian would be in front of those exact judges. Brian suspected Osteen was targeted for blackmail because he received a threatening tormail message either him or Attorney Susan Basko. One threatening email regarding the frame up of Brian Hill said they know Osteen and would make sure that Brian would fail under this Federal Judge. So the threatening email also shines light that this exact Judge may be a blackmail target.

Thomas David Schroeder, Chief Judge, Middle District of North Carolina. This judge was far worse than Osteen. This judge ignores evidence, denies every motion, dismissed the 2255 and consistently lies about Brian in his "memorandum opinions" or "orders", So the suspicion of blackmail is higher for Schroeder.

I don't feel like obtaining all of the names of the judges of the Fourth Circuit, U.S. Court of Appeals. They may be blackmailed because of their behavior and blatant disregard for the law. They all disregard every Supreme Court case standard. They blatantly ignore evidence and denied ten or more of Brian's federal appeals. One such notion was that under Local Rule 7.3, Brian was entitled to his child porn conviction being overturned because his claims of fraud were undisputed. The Judge ignored the uncontested motions for about a year, when Brian kept pushing over and over again, the Judge finally denied them all claiming they were all meritless and frivolous after ignoring them for about a year after they were filed with making fictitious claims of the uncontested motions being construed as 2255 motions when they were filed in the 2255 case.

This judge has always protected the Government, looked out for the Government, and refuses to order the response to any of Brian's motions or claims except the 2255 and that was it. They essentially protected the Government and allowed laws to be broken and rights to being deprived.

There is no logical explanation for any of this with exception that the entire Federal Judicial System is just corrupt and the Judges are all corrupt and tyrannical, OR that you brought those claims of blackmail, and that would make sense. Your claims in January on Twitter made sense to all of us, to Brian, to his family. They all made sense. We been waiting for an explanation or investigation into the Federal Judges to determine why Judges openly disregard the law, disregard the evidence, disregard an innocent man. It is you, Lin Wood, who gave Brian's family hope that the blackmail scheme makes perfect logical sense for why this has all happened. Brian feels your blackmail scheme claims fills in a gaping hole of impossible judicial nightmare that never ends. Being held hostage to corrupt Federal Judges. It would have to be blackmail, that is the only logical explanation there is to all of this madness.

If you ever find out about blackmail, child rape and murder, or pedophilia surrounding the Phil Berger Family, Thomas David Schroeder, William Lindsey Osteen Junior, any judge of the Fourth Circuit for the last decade or two decades. Phil Berger also asked Donald Trump for ventilators when those have been used to kill countless millions or hundreds of thousands after being given Fauci medication Rendeziveir. So Berger seems to be okay with the genocide by the Government. All those who push the vaccines are likely

blackmailed or bribed or in with Big Pharma.

Then there is also the small fish like Reidsville Detective Robert Bridge and Assistant District Attorney Melanie Bridge who worked for Phil Berger Junior, Christopher Todd Brim, and Police Chief Charles J. Caruso of Mayodan, North Carolina. They are small fish, so I doubt they would be in the blackmail videos unless the blackmail videos are that extensive to which local officials are involved, if that is so then that would explain the whole child porn set up operation back in 2012. Nevertheless I believe it would be more up to more powerful people like the Berger political lawyer family. Of course there was SBI Agent Rodney V. White, but that one admitted that it was downloading for eleven months when Brian didn't have his computer. Rodney White had his reservations as to whether Brian was really guilty or not, so they kept Rodney White out of all Federal hearings. Brian witnessed that at every Federal court hearing, Rodney White was nowhere to be found. So Rodney White may not wanted to go along with the fraudulent guilt narrative.

You have the names. Whoever has the blackmail videos would be able to find this out.

Please let me know if Phil Berger or Osteen Junior or Thomas David Schroeder is found in any blackmail or pedophilia scheme stuff. This could really cause the acquittal of Brian Hill.

I understand you are limited in the information. However, the "blackmail" evidence is all Brian has left. Brian has no other option. No pardon, nothing. So Brian has no choice but to continue pursuing the pedophilia blackmail evidence to prove Brian's claims of judicial partiality and bias. They will not let Brian do anything to clear his name, nothing. So all Brian has left is those videos. Those videos can be used to force the corrupt blackmailed Judges out of the Appeals Court and out of the District Court and cause Brian's case to be nullified and voided. That is all the relief Brian can get at this point, null and void judgments, must be voided.

Brian has no choice but to prove the people who framed Brian or took part in it were all involved in the Jeffrey Epstein stuff or other forms of blackmail. Brian has no recourse at all because the Judge tosses every little thing. The judges all work together and protect each other like corrupt little gang members. They don't care about the law anymore, only blackmail makes logical sense as to why judges are acting this way.

God Bless You,
Stanley Bolten
Sent with ProtonMail Secure Email.

------- Original Message -------
On Sunday, December 26th, 2021 at 10:41 AM, Lin Wood <lwood@fightback.law> wrote:

> Stanley,
>
> Please let Brian know that I do not receive faxes any longer. Also, I do not have any videos. I was only sent what was represented to be a password to the file which allegedly contained the videos.
>
> I am not taking on new legal matters at this time as I continue to be forced to defend my law license in frivolous disciplinary actions.
>
> God bless you.
>
> Lin
>
> **L. Lin Wood**
> **Chairman of the Board & CEO**
> **Address** Dallas, TX
> **Mobile** (404) 983-3284
> **Email** lwood@fightback.law
> **Website** www.fightback.law

On Dec 25, 2021, at 11:42 PM, Stanley Bolten <StanleyBolten@protonmail.com> wrote:

You said on Twitter earlier this year:
https://web.archive.org/web/20210104073840/https://twitter.com
/LLinWood/status/1345997966650335232
*I decided to post this truth on Twitter & Parler as wall exists around*
***@realDonaldTrump*** *that may have prevented me from getting this*
*evidence to him. Kappy tried to deliver info to President but was then*
*murdered. I do not know who Kappy gave it to for delivery to the*
*President.*
https://web.archive.org/web/20210104065050/https://twitter.com
/LLinWood/status/1345985961080061952
*As background to tweets I am about to post, you should read this*
*article carefully. I ask that you read each of my tweets carefully &*
*decide if the information conveyed demands that **Patriots rise up so***
***that every lie will be revealed.*** ***@realDonaldTrump***

You wanted patriots to stand up against the Pedophile Rings which control various powerful positions of our Government. Were you lying to Brian D. Hill and everyone else??? Is there even blackmail tapes at all or was it all just a warped fantasy and delusion??? I need to know as this all seems fake and there is no blackmail videos at all??? I need to know before the next article is written about the update in regards to Brian's Judicial Complaint referencing your statements as evidence which needed to be investigated to find out how many Federal Judges are simply blackmailed and compromised instead of making rulings based on the morals of the facts and the law and what is right.

Brian is taking action because who is taking action???? He is pushing to uncover the identities of the blackmail tapes because that is Brian's only option. Brian keeps losing in the corrupt U.S. Supreme Court. He has nobody left to appeal to. He has nobody left. All Brian has left is to pursue proving blackmail, bribery, or behind the scenes pressure. Brian has hardly any options left. Brian was deprived of all Constitutional rights under the color of law. Effective counsel, deprived. Right to face his accusers, deprived. Right to defend himself to the charge, deprived. Right to not be forced to falsely plead guilty under the Fifth Amendment, deprived. Right to prove actual innocence to avoid facing cruel and unusual punishments inflicted, deprived. Right to discovery evidence materials prior to a jury trial or guilty plea, deprived. Right to have an independent computer forensic expert prove Brian's innocence, deprived. Right to have a mental examination to examine Brian's false confession caused by coercion and Brian's Autism Spectrum Disorder, deprived. Brian's uncontested motions proving factual innocence to child porn and proving fraud on the court, deprived. ALl of Brian's rights and privileges, deprived.

Was the blackmail tapes tweets all bravado from you on Twitter??????

Was Brian just following a pipe dream and will never be allowed to prove his innocence to his criminal charge. Was it all just a pipe dream???????

Was everything you ever claimed on Twitter just a lie and a pipe dream, a fantasy, a delusion????????? You have the tapes but don't even somehow prove the identities and the identities tied to the corrupt judicial and government decisions???
https://web.archive.org/web/20210104074021/https://twitter.com/LLinWood
Was all this just a lie and Brian was misled into thinking that you had some kind of evidence??????

I'm sorry Lin Wood but the time for lies and delusions is over. **Brian wants the truth, we fought so hard, Brian fought so hard, my blog fought so hard. We all fought so hard for justice. Was justice all a lie too??????**

Can I really even trust in man anymore or is all men a bunch of snakes and liars and Brian is just living in some purgatory as punishment from God in some rundown world run by Satan and Lucifer and this world is just a bunch of lies and Bullshit run by mad men and mad women. Is this world all just a lie and illusion???

We have all of this great technology but it is only being used to enslave people and force people to follow Satan and not follow God anymore. The vaccines are taking away people's faith in God as there is a vaccine meant to destroy the "God" part of the brain to take away spiritual brain patterns and Bill Gates was probably part of this heinous act of defying God at the U.S. Pentagon DOD video talking about wiping away people's faith in God under the guise of stopping radical religion. Yet they are destroying the faith in God of millions upon millions of people worldwide by force or jail.

Is this all a ruse???? Was there never a plan to fix our Government and never a plan to save our country from it's destruction???

God bless you,
Stanley Bolten
Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, December 25th, 2021 at 11:22 PM, Stanley Bolten <StanleyBolten@protonmail.com> wrote:

Lin Wood,

Brian had taken a screenshot of his text message to you, texted it to me and I am emailing you his text message to you in case you didn't get it. Brian only has a certain deadline to try to revive the dismissal of his judicial complaint. https://www.scribd.com/document/535383096/Complaint-of-Judicial-Misconduct-or-Disability-Uswgo-Brian-d-Hill-W-exhibits-statement-facts or https://justiceforuswgo.wordpress.com/2021/10/26/brian-d-hill-of-uswgo-alt-news-files-judicial-complaint-against-judges-for-discrimination-again-asserts-possibly-blackmail-complaint-against-judge-thomas-david-sschroeder-and-william-lindsey-osteen/

Here is his message to you.
<02f1d8a99914fd88776ed6a34064ac7f5716e4a4-1.jpg>

They have no Constitutional right to deprive an innocent man of proving his factual innocence. The Supreme Court said so but they are ignoring those rights in the Middle District of North Carolina and in the Fourth Circuit.

Regardless of whether those judges raped children, they are raping Brian's rights and raping Brian's reputation, raping Brian's liberty and freedom, and raping the facts from Brian's current Probation Officer. The govt is raping Brian symbolically. Brian is a virgin so he is no danger to anybody.

God bless you and Merry Christmas Lin Wood,
Stanley Bolten

aFor Mr. Lin Wood:
In 2019, Isaac Kappy somehow got all the EPSTEIN ISLAND BLACKMAIL
VIDEO FILES for every powerful pedophile on earth who made
acquaintance with Epstein. He distributed the encrypted video file,
then made some erratic moves. He caught the aggro of too many spy
networks and they had him killed before he could release the password
for the video files.

However, Isaac Kappy did release the hash signature of the password
for the blackmail video files. He posted the password hash as a sort
of deadmans insurance here: http://archive.is/J0sK6

So essentially: there are people with copies of the Isaac Kappy
sourced epstein blackmail video files, but nobody ever had the key to
unlock the files... until now.

The password is: "cultstate.com has issued protections on this
matter" [inside the quotations]

You can verify that the password matches the hash by going here and
entering it on this site, getting the hash output, and comparing it to
Kappy's archived deadman switch tweet I posted previously https://
emn178.github.io/online-tools/sha512.html

Since posting the actual password is ULTIMATE POWER, it is best if you
dangle the prospect of releasing a password in front of them instead
of releasing it. This password is absolutely the strongest blackmail
in the world and anybody with his password will need 24/7 security,
especially if planning to proceed with this information. It might be a
good idea to run this information by General Flynn because this is
NUCLEAR LEVEL BLACKMAIL. Use with caution. With great power comes
great responsibility.

PLEASE DONT MENTION ME AS THE SOURCE OF THIS INFORMATION; I cant
afford 24/7 security.

The first goal is to get Roberts to resign or recuse, and Pence to
make the right choice on Jan 6. If you can make some kind of veiled
threats to these people while dangling the password to the epstein
blackmail videos (without ever releasing the password), then you can
make the ENTIRE deep state do your bidding. Be careful though, because
this type of thing will invite state actors to attack: i.e. cia, mi6,
ccp, etc

As soon as you release the password, you lose all leverage, so dont
actually release the password unless absolutely necessary.

Good luck. God bless. Sending prayers for you and your team.

https://twitter.com/LLinWood/status/1345996301981413382    Go    DEC

18 captures
4 Jan 2021 - 14 Sep 2021

2020





**Lin Wood**
@LLinWood

Follow

Jeffrey Epstein used this same blackmail scheme of child rape & child murder to either further his own interests or those of any intelligence agency with whom he worked.

ALL who flew on his private jet or visited his island must be IMMEDIATELY interrogated & brought to justice.

11:31 PM - 3 Jan 2021

**679** Retweets  **1,413** Likes





https://twitter.com/LLinWood/status/1345991175690457091    Go

39 captures
4 Jan 2021 - 7 Dec 2021

**Lin Wood**
@LLinWood

Follow

I believe Chief Justice John Roberts & a multitude of powerful individuals worldwide are being blackmailed in a horrendous scheme involving rape & murder of children captured on videotape.

I have the key to the files containing the videos. I have also shared this information.

11 11 PM - 3 Jan 2021

**3,169** Retweets   **6,758** Likes

https://twitter.com/LLinWood/status/1345822769842368512

Go   DEC

15 captures
3 Jan 2021 - 17 Dec 2021

2020



**Lin Wood**
@LLinWood

Follow

Our country must face truth about its so-called leaders. The good, bad & ugly truth. We must expose swamp inhabitants to disinfectant of sunshine.

No more dirty little "inside Beltway" secrets. We need truth. These two men do not even tell us truth about their adopted children.



Lin Wood, P.C. Speak Truth.
S. #FightBack for Freedom
w #WorldOfTheBlocked.

3/3/2022                🔍 🔍 🔍 on Twitter: "86d53c1315f42ea48caa0dc1b82a1c61e988b1035db897e90c2303c05d8721648ca816eada320c950b75985575b495...

archive.today      **Saved from** https://twitter.com/isaacKappy/status/1022252277292195840        search       26 Jul 2018 00:16:09 UTC
webpage capture
                   **All snapshots** from host twitter.com

| **Webpage** | Screenshot |

                                                                    🌐 share    ⬇ download .zip   ⚠ report bug or abuse   💛 donate

🐦 Home      🎭 Moments                              Search Twitter                         🔍        ✕

💎💎💎 @IsaacKappy

**86d53c1315f42ea48caa0dc1b82a1c61e988b
1035db897e90c2303c05d8721648ca816ead
a320c950b75985575b495a12c06d0a0ba77b
9e23ccbd7d31b5bd035**

3:48 PM - 25 Jul 2018

**20** Retweets **32** Likes    😊 🧑 🧑 😎 🧑 ⬛ 🧑 🧑 🧑

💬 20          ⟲ 20          32
                            ♡

**Wash State Battle Correspondent** @esells · 45m   ⌄
Replying to @IsaacKappy
Kill switch, be safe man

💬 1          ⟲          4

💎💎💎 @IsaacKappy · 44m   ⌄
All good

💬 2          ⟲          14

**Wash State Battle Correspondent** @esells · 40m   ⌄
Great, fire up Periscope if anything seems strange, we will all see it, I lived have
my like in the Valley/Woodland hills and worked in Hollywood, time to move
forward

💬          ⟲          8

**SilverThread IsStrongerThanYouThink** @leslie_hileslie · 1h   ⌄
Replying to @IsaacKappy
Archangel Michael defend us in battle. Be our protection against the wickedness
& snares of the devil. May God rebuke him, we humbly pray...By the Divine
Power of God cast into hell satan & all the evil spirits who roam throughout the
world seeking the ruin of souls. Amen.

💬 1          ⟲ 2          16
                            ♡

1 more reply

**Logan Cohen** @AwakeTheMassesQ · 1h   ⌄
Replying to @IsaacKappy
is this the first half of your kill switch? where are the files? #Qanon

💬          ⟲ 2          5

**PixelCrises01101100 01101111 01110110 01100101** @P01100101 · 1h   ⌄
Replying to @IsaacKappy
Everything okay man??

💬          ⟲          7

https://archive.ph/J0sK6                                                                                      1/4



**TRUTH*SETS*US*FREE** @truths3ek3r · 14m ⌄
Replying to @IsaacKappy
Stay safe man!

♡        ⇄ 1        1

**White Straight Male** @TraditionalCeo · 55m ⌄
Replying to @IsaacKappy
Is this a dead man's key??

WTF is going on?

♡        ⇄        4

**NoSpoon** @jballz1021 · 1h ⌄
Replying to @IsaacKappy
oh fuck.  Godspeed PATRIOT.

♡        ⇄        4

**RedStormPatriot** @RedStormPatriot · 39m ⌄
Replying to @IsaacKappy
Thank you for standing up for what is right, Kappy.  Godspeed.

♡        ⇄        3

**Jessica Gudgel** @DrJessicaGudgel · 1h ⌄
Replying to @IsaacKappy

♡        ⇄        3

**brenda lopez** @brendajlopez · 31m ⌄
Replying to @IsaacKappy
You have many watching your back...take care.

Case 7:22-cv-00336-JPJ-PMS   Document 6-3   Filed 07/07/22   Page 29 of 36   Pageid#: 244

3/3/2022          ⊕ ⊕ ⊕ on Twitter: "86d53c1315f42ea48caa0dc1b82a1c61e988b1035db897e90c2303c05d8721648ca816eada320c950b75985575b495…



https://twitter.com/LLinWood/status/1345995391981019136    Go   DEC

**16 captures**
4 Jan 2021 - 1 Dec 2021                                2020



**Lin Wood**
@LLinWood

Follow

After Kappy received the hacked files from member of Lizard Squad, he gave files to one friend and the encryption key to another friend. He provided this information to his friends shortly before he was murdered in May 13, 2019. Members of Lizard Squad were jailed for hacking.

11:28 PM - 3 Jan 2021

**713** Retweets **1,331** Likes



https://twitter.com/LLinWood/status/1345993980811616256 | Go | DEC

18 captures
04 Jan 2021 - 10 Sep 2021

2020



**Lin Wood** 
@LLinWood

Follow

The blackmail targets are approached with a gun, a child, & a camera. The target is ordered to rape the child on video. The target is then ordered to shoot the child on video. The target is then owned & controlled by the blackmailers until blackmail evidence loses its value.

11:22 PM - 3 Jan 2021

https://twitter.com/LLinWood/status/1345989745940320257

9 captures
4 Jan 2021 - 16 Mar 2021

tartseite    Über uns



 **Lin Wood**
@LLinWood

Folgen

I have shared with several individuals the TRUTH I will be speaking to you. Killing me will NOT prevent the TRUTH from being revealed - it will only trigger its release by many others.

I ask @realDonaldTrump to immediately appoint an honest  special prosecutor to pursue justice.

23 05 - 3. Jan 2021

https://twitter.com/LLinWood/status/1345992806750433280

**16 captures**
4 Jan 2021 - 14 Sep 2021



. Lin Wood, P.C. Speak Truth.
SS. #FightBack for Freedom



**Lin Wood**
@LLinWood

[ Follow ]   ∨

This blackmail scheme is conducted by members of 10 of world's most well-known & "elite" intelligence agencies.

One of those groups was hacked by a group known as Lizard Squad. The blackmail files of rape & murder were obtained by this group & copy was provided to Isaac Kappy.

**Lin Wood** @LLinWood
I believe Chief Justice John Roberts & a multitude of powerful individuals worldwide are being blackmailed in a horrendous scheme involving rape & murder of children captured on videotape....

11 17 PM - 3 Jan 2021

## Fw: BRIAN DAVID HILL EMERGENCY

From: Ken & Stella (kenstella2007@yahoo.com)

To: kristy_burton@vawp.uscourts.gov

Cc: rbhill67@yahoo.com

Date: Tuesday, February 17, 2015, 08:46 AM EST

Good Morning Kristy,

We received this email from Sue Basko today. She has sent it to Brian's attorney, and plans on notifying the FBI about it. She called last night and said there was a picture file in the email with some of the same names Brian said he saw in the hard drive we destroyed on Saturday. She is going to inform the FBI about all of this also.

Thanks,

Ken & Stella Forinash (Brian's Grandparents)

----- Forwarded Message -----
**From:** Sue Basko <suebasko@gmail.com>
**To:** mjones@belldavispitt.com; Roberta Hill <rbhill67@yahoo.com>; Ken & Stella <kenstella2007@yahoo.com>
**Sent:** Monday, February 16, 2015 10:19 PM
**Subject:** RE: BRIAN DAVID HILL EMERGENCY

DEAR MR JONES:

I wrote to you before regarding this situation with Brian David Hill. You are handling his appeal. I am copying his mother and grandparents on this email.

Brian is the guy who was set up with child porn via email and then convicted. Someone KEEPS sending me (and others) emails regarding Brian and the threat to set him up with child porn. Tonight I got an email that also contains a jpg with a bunch of pictures on it that look like they might be porn or child porn - -these are tiny pics on one jpg and I cannot really see them and of course, will not click on them to preview or download.

I am copying and pasting the email below. Each set of emails is getting nastier and more threatening and the person is getting more desperate.

YOU NEED TO TALK WITH BRIAN AND HIS FAMILY RIGHT AWAY and I need to make a report to the FBI.

THIS IS WHAT THE EMAIL TONIGHT SAYS - IT APPEARS TO COME FROM ME. of course, it is not from me. Each email set has used a different email address.

**Susan Basko** <BudaBuddy@mail2tor.com>                    ✆ 2:57 AM (2 hours ago)      ↰   ⌄

to me

WE...............PLACED.................CHILD....................PORN.....................THE................HARD...............DRIVE........
............WHICH...............WAS.................GIVEN...............TO.................BRIAN..............DAVID................HILL............
........SO................WE..............HAVE............BRIAN..............ON............POSSESSION..................AGAIN.............AN
D.............HIS.......................FUCKASS..............ATTORNEY...............ON............DISTRIBUTION.................BRIAN......

.....WILL.............GO...........DOWN............HE.............WILL...........BE..........IN................PRISON.............FOR.........
.....LIFE..............ALONG..............WITH....................HIS...............APPEAL..................ATTORNEY.................SO......
..........YOU..........HAVE................TWO..............OPTIONS


OPTION...............ONE...................YOU.............TELL..............BRIAN.............HE............BETTER.....................D
ROP...............HIS.............APPEAL............OTHERWISE...............WE..................CALL.............THE................FB
I..........AND................TELL.............THEM...............WHAT...............CJHILD..................PORN.................WAS.
................ON..............THE.............HARD.................DRIVE...............HE..............RECEIVED.................

OOOR..........OPTION...........TWO..............BRIAN.............WRITES...............A..........INCRIMINATING...........
.LETTER..................ABOUT.............HOW..............HE.........DOES.............HAVE............AN.............ADDICTION.
.............TO.............CHILD.............PORN.............AND..............HAS............A...........FETISH...........WITH...........
....STICKING................COCKS............IN...........LITTLE.............GIRLZ..............NASTY.................BUTTS....
..........THEN.............HE.............ENDS........HIS............APPEAL............................HE.............NEEDS...........
..HELP...............AFTER.................ALL.............YOU...............NEED.............HELP................TOO............SUS
AN.............MAYBE.............A...........GOOD..............MENTAL..............HOSPITAL
.................FOR...............YOU..........WE...........HAVE............ACCESS............TO.........HIS.........PROPER
TY................AND..........CAN..........PLANT.........CHILD..........PORN..........ON............ANY..........OF..
..............EM

REPORT.............THIS.............TO............FBI...........AND............WE...........WILL.............REPORT....
............YOU.....................BRIAN.........HIS.....................ATTORNEY............AND...........HIS...........FA
MILY..............AND.............TELL.............THE............FBI...........THEY..........LIKE...........TO............MASTURB
ATE............AS.........A..........FAMILY.........TO............CHILD...........PORN.............FLICKS..........
....WE..........HAVE..........EVIDENCE..........TO.........GET.........ANOTHER..........CONVICTION.............O
N..........BRIAN...........HILL................YOU................CANT.................PROVE.........ANYTHING..........W
ITH..........EMAILS............WHICH..........CAN.........DISAPPEAR.............
....AFTER.............YOU...........READ.............EM.........OR..........WE.........NOBODY.........WILL.........EVE
R..........BELIEVE.........YOU...........BITCH..............WE.............KNOW........CHILD.........PORN.....
.........GOT..........INTO.........BRIANS............POSSESSION................LAST.........WEEK...........WE.........
....WILL..........SEND...........MORE............THEN.........HE..............WILL.........TECHNICALLY..........
....BE..........GUILTY..........AGAIN...........JUDGE.........OSTEEN..........WILL.............CONVICT..........
..HIM................AGAIN.........AS..........WE........WILL........MAKE...........SURE...........OSTEEN....
.........IS................PROCIDING.........JUDGE..............OVER.........BRIANS...........N
EW..............INDICTMENT.

MORE...........CHILD..............PORN...........IS..........COMING.........THEN.............MORE...............CHARG
ES..........WILL..........BE..........BROUGHT.........BITCH

**Susan Basko, Esq.**
California and Illinois
EMAIL: suebasko@gmail.com
phone: 310-770-7413
http://suebasko.blogspot.com
http://suebaskolaw.blogspot.com

This e-mail message may contain confidential and/or privileged material.
Delivery of this message to any person other than the intended recipient(s)
does not in any way waive privilege or confidentiality. The information
transmitted is intended only for the person or entity to whom or which it
is addressed. Unauthorized use, disclosure or copying is strictly
prohibited.

https://twitter.com/LLinWood/status/1346018918306099205

23 captures
4 Jan 2021 - 1 Dec 2021



 **Startseite**



**Lin Wood**
@LLinWood

Folgen

Many issues in our world may be tied to blackmail scheme I described tonight, including bizarre behavior of officials & judges in recent election.

@realDonaldTrump must appoint special prosecutor to thoroughly investigate. We need answers. We must investigate. For the children.

01:01 - 4. Jan. 2021