In the United States District Court
For the Western District of Virginia

| | |
|---|---|
| Brian David Hill, Petitioner, ) ) ) ) ) | Civil Action No. 7:22-cv-00336 |
| v. ) ) | |
| Commonwealth of Virginia, Glen Andrew Hall, Esq. Respondent. ) ) ) ) | |

## POWER OF ATTORNEY OF ROBERTA HILL TO ACT ON BEHALF OF BRIAN DAVID HILL

## AUTHORIZATION FOR ROBERTA HILL TO BE GIVEN POWER OF ATTORNEY IN THIS CIVIL CASE AND IN ANY FEDERAL CASE WHICH BRIAN DAVID HILL IS A PARTY; AND IN CM/ECF PACER.GOV ACCOUNT TO FILE PLEADINGS/DOCUMENTS WITH THE COURT ON BEHALF OF BRIAN DAVID HILL DUE TO SUPERVISED RELEASE CONDITION

Petitioner is Brian David Hill ("Petitioner") and is the Petitioner of the 2254 case. Files this legal authorization giving Roberta R. Hill the power of attorney in this case and in any other federal case which may require or need the usage of CM/ECF.

Brian D. Hill grants power of attorney to Roberta R. Hill to be given power of attorney to act on behalf of Brian David Hill over all matters in thus Court including:

1

1. To create a PACER.GOV account for Brian David Hill, for the purpose of requesting permission from the Western District of Virginia and Middle District of North Carolina to give Brian David Hill electronic filing privileges however Brian David Hill will have Roberta Hill file his pleadings and review documents/pleadings in his case as his electronic filing representative;

2. Roberta R. Hill has the right and power of attorney to file electronic filings and pleadings on behalf of Brian David Hill, of pleadings by Brian David Hill. She has the right to file documents he requests that Roberta Hill will file with the Court;

3. Roberta R. Hill has the right and power of attorney to review over and download electronic filings and pleadings on behalf of Brian David Hill, to give to Brian David Hill as his filing representative;

4. Roberta R. Hill already files pleadings and legal documents with the Circuit Court for the City of Martinsville and with the Virginia Court of Appeals and Supreme Court of Virginia by usage of Virginia Appellate Courts Electronic System (VACES). The Circuit Court and the appeal courts had accepted Roberta Hill filing electronic filings on his behalf and even the Office of the Attorney General by and through assistant Attorney General Justin Hill had accepted this practice after being given a legal authorization

2

letter from Brian David Hill similar to this power of attorney pleading. Not just files but also has been receiving court case files for purposes of appeal without issue;

5. Roberta R. Hill has the right and power of attorney to contact court staff electronically and PACER.GOV staff electronically and CM/ECF staff electronically all on behalf of Brian David Hill;

6. Roberta R. Hill can act on his behalf on all electronic legal matters in this case. All regarding electronic filing access and electronic filing of Court documents.

Brian David Hill is allowed access to a computer offline, has permission from the U.S. Probation Office to use this offline desktop computer. He can review over Portable Document Format (PDF) documents without using the internet. He can draft pleadings offline with Microsoft Word and Adobe Acrobat XI Pro. His mother Roberta Hill can download any pdf documents from the State Court or Federal Court and give them to Brian David Hill as his power of attorney and filing representative.

The reason why Brian David Hill must use such a representative to serve such pleading with the Clerk on his behalf is because Brian is currently still under the conditions of Supervised Release for the U.S. District Court barring internet usage without permission. Brian's Probation Officer is aware of Roberta Hill using her

email for conducting court business concerning Brian Hill and/or court business with the Probation Office in regards to Brian David Hill. Therefore Roberta Hill is filing the pleading on Brian's behalf for official court business. Brian has authorized her to file any pleading. All exhibits or any exhibits with anything printed from any internet based service was printed and researched by Roberta Hill.

Roberta R. Hill as the filing representative agrees to follow the rules, procedures, laws, and orders of the Court, to the best of her abilities.

Brian David Hill as the party to a case agrees to follow the rules, procedures, laws, and orders of the Court, to the best of his abilities.

Executed on June 23, 2022

Respectfully submitted,

*Brian D. Hill*
Signed

**Brian D. Hill**

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**

Former U.S.W.G.O. Alternative News reporter
I stand with Q – Drain the Swamp

I ask Q for Assistance (S.O.S.)
Make America Great Again
JusticeForUSWGO.wordpress.com
USWGO.COM
JUSTICEFORUSWGO.NL

Petitioner also requests with the Court that a copy of this pleading be served upon the Respondent(s) as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the Respondent(s) via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

Attorney General Office for the Respondent: Commonwealth of Virginia can be emailed to Secretary Chris Coen at ccoen@oag.state.va.us.

Commonwealth Attorney Office for the Respondent: Commonwealth of Virginia can be emailed to Glen Andrew Hall, Esq. at ahall@ci.martinsville.va.us.