# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **BRIAN DAVID HILL,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:22CV00336 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **COMMONWEALTH OF VIRGINIA,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Respondent. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that while the Motion to Proceed in Forma Pauperis, ECF No. 8, is GRANTED, the Petition and the Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 are DISMISSED. A certificate of appealability is DENIED and the Clerk shall close the case.

ENTER: August 1, 2022

/s/ JAMES P. JONES
Senior United States District Judge